

# JUDGMENT

## Court of Appeals

## First District of Texas

NO. 01-14-00592-CV

HUMBERTO LOPEZ, JR. AND OLGA LOPEZ, Appellants

V.

MAYRA RIVAS AND LINDA LOPEZ, Appellees

Appeal from the 190th District Court of Harris County. (Tr. Ct. No. 2011-32028).

This case is an appeal from the final judgment signed by the trial court on April 15, 2014. After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error. Accordingly, the Court **affirms** the trial court's judgment.

The Court **orders** that the appellants, Humberto Lopez, Jr. and Olga Lopez, jointly and severally, pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered April 30, 2015.

Panel consists of Justices Jennings, Higley, and Huddle. Opinion delivered by Justice Huddle.